UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: 18 U.S.C. §§ 1519, 2, |
| | : | 1621 (Destroying or Concealing Records |
| **JAIME GALVEZ a/k/a JIM GALVEZ,** | : | in a Federal Investigation, Perjury) |
| | : | |
| Defendant. | : | UNDER SEAL |

### GOVERNMENT'S MOTION TO SEAL INFORMATION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this motion to seal the Information filed in this case. In support of its motion, the Government states as follows:

1. The defendant in this case has agreed to enter a plea of guilty to a two-count Information charging him with destroying or concealing records, in violation of 18 U.S.C. §§ 2 and 1519, and perjury, in violation of 18 U.S.C. § 1621. The limited sealing appears necessary under Rule 6(e) of the Federal Rules of Criminal Procedure because the Information filed concurrently in this matter discloses matters occurring before a grand jury. More specifically, the Information discloses the existence of the grand jury's investigation, the direction of the grand jury's investigation, a grand jury subpoena *duces tecum* issued by the grand jury, and portions of the defendant's testimony given before the grand jury.

2. The government does not oppose unsealing the Information. The government, nevertheless, considers the limited sealing advisable pending an Order of the Court unsealing the Information pursuant to Rule 6(e)(3)(E)(i). The government recommends unsealing the Information at the time of the plea hearing in order to assist the Court in conducting an appropriate plea colloquy pursuant to Rule 11(b) and, in this regard, the government anticipates filing a Motion to Unseal the Information prior to sentencing.

WHEREFORE, the Government respectfully requests that the Information, together with the instant Motion to Seal, be placed under seal until further Order of the Court.

                                Respectfully submitted,

                                JEFFREY A. TAYLOR
                                D.C. BAR NO. 498610
                                ATTORNEY OF THE UNITED STATES
                                IN AND FOR THE DISTRICT OF COLUMBIA

BY:          _____/s/_____
                Michael K. Atkinson
                Assistant United States Attorney
                D.C. Bar No. 430517
                United States Attorney's Office
                Fraud & Public Corruption Section
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 616-3702
                (202) 307-2304 (fax)

                STEVEN A. TYRRELL
                Chief, Fraud Section
                Criminal Division
                United States Department of Justice

By:          _____/s/_____
                HANK BOND WALTHER
                D.C. Bar No. 477218
                Trial Attorney
                Fraud Section, Criminal Division
                United States Department of Justice
                1400 New York Avenue, NW
                Washington, D.C. 20005
DATED: September 4, 2007      (202) 257-6176

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **VIOLATIONS: 18 U.S.C. §§ 1519, 2,** |
| | : | **1621 (Destroying or Concealing Records** |
| **JAIME GALVEZ a/k/a JIM GALVEZ,** | : | **in a Federal Investigation, Perjury)** |
| | : | |
| Defendant. | : | **UNDER SEAL** |

## ORDER

Upon motion of the United States of America, good cause having been shown, it is hereby

ORDERED that the government's Motion to Seal the Information in this case is

GRANTED.

It is further

ORDERED that the government's Motion to seal the Information in this case as well as the

Information filed in this case shall be sealed pending further Order of this Court.

Entered in Washington, D.C., this ____ day of September, 2007.

_____
RICHARD W. ROBERTS
United States District Judge

cc:  Michael K. Atkinson
     Assistant United States Attorney
     United States Attorney's Office
     555 Fourth Street, N.W., Room 5915
     Washington, D.C.  20530

     Hank Bond Walther
     Trial Attorney
     U.S. Department of Justice
     Criminal Division, Fraud Section
     1400 New York Avenue, N.W.
     Washington, D.C.  20005