UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **CRIMINAL NO. 07-224 (RWR)** |
| | : | |
| **v.** | : | **UNDER SEAL** |
| | : | |
| **JAIME GALVEZ a/k/a JIM GALVEZ,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF CORRECTED ADDRESS

Undersigned counsel hereby gives notice of his corrected address and contact information. All correspondence should now be directed to the following:

Hank Bond Walther
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Ave., NW
Washington, D.C. 20005
(202) 307-2537
hank.walther@usdoj.gov


STEVEN A. TYRRELL
Chief, Fraud Section
Criminal Division
United States Department of Justice

By:    /s/ Hank Bond Walther
HANK BOND WALTHER
D.C. Bar # 477218
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005

Date:   September 7, 2007

**CERTIFICATE OF SERVICE**

    This is to certify that this 7th day of September 2007, I served by first-class mail a copy of the Notice of Corrected Address on the following counsel of record:

Frank Salvato, Esq.
Counsel for Jaime Galvez
1203 Duke Street
Alexandria, VA 22314-3515

_____/s/_____
Michael K. Atkinson