UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                            )
        vs.                 )    Criminal No. 07-224 (RWR)
                            )
   Jaime Galvez             )
                            )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge

FILED
OCT 5 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT