AO 455 (Rev 5/85) Waiver of Indictment

# United States District Court



_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

WAIVER OF INDICTMENT

CASE NUMBER: 07-224(RWR)

I, Jane Galvez, the above named defendant, who is accused of

18 U.S.C. 1621
18 U.S.C. 1519

FILED
OCT 5 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __10/5/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
Judicial Officer