UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA:

V.                        Criminal No. 07-224 (RWR)
                        UNDER SEAL

JAIME GALVEZ      :        **UNSEALED**

**FILED**
OCT - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEARANCE

PLEASE note the appearance of the undersigned as counsel for Mr. Galvez.

Jaime Galvez
By Counsel

Frank Salvato
1203 Duke Street
Alexandria, Virginia 22314
703-548-5000
Bar No. 424082

### Certificate of Service

I hereby certify that a copy of the foregoing was mailed, costs prepaid, to AUSA Walther, Department of Justice, 1400 New York Avenue, N.W. Washington, D.C. on this 2nd day of October, 2007.

Frank Salvato