UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO. 07-0224 (RWR) |
| v. | : | |
| | : | UNDER SEAL |
| JAIME GALVEZ a/k/a JIM GALVEZ, | : | UNSEALED |
| Defendant. | : | |

### GOVERNMENT'S *EX PARTE* MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the United States Department of Justice, Criminal Division, Fraud Section, hereby submit this Motion to Unseal the Information as well as all related pleadings, records and files in this case. In support of its motion, the Government states as follows:

1.   On September 4, 2007, the Government filed a two-count Information against the defendant charging destruction or concealment of records in a Federal investigation and perjury. The same day, the Government filed a Motion to Seal the Information and related pleadings. The Government deemed the Motion to Unseal prudent given that the Information revealed matters occurring before the grand jury under Rule 6(e) of the Federal Rules of Criminal Procedure.

2.   On Thursday, October 4, 2007, the Government intends to file charges against two individuals in a related matter. The Government intends to file any such charges on the public record.

3.   There is a plea hearing in the instant matter currently scheduled before this Court at 11 a.m., on Friday, October 5, 2007. The Government respectfully submits that unsealing the Information and related files in this case may assist the Court in conducting both the plea hearing,

Ex Parte

particularly with regard to the plea colloquy pursuant to Rule 11(b) of the Federal Rules of Criminal Procedure, and any subsequent sentencing hearing. *See United States v. Alexander*, 860 F.2d 508, 512-14 (2d Cir. 1988) (prior court approval required to disclose grand jury materials at a sentencing hearing); *United States v. Manglitz*, 773 F.2d 1463, 1467 (4th Cir. 1985) (Rule 6(e) materials may be disclosed in connection with the acceptance of a guilty plea without prior court approval).

WHEREFORE, the Government respectfully requests that this Court enter an Order unsealing the instant matter as of 9 a.m. on Friday, October 5, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. BAR NO. 498610
ATTORNEY OF THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

By: _____
Michael K. Atkinson
Assistant United States Attorney
D.C. Bar No. 430517
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-3702

STEVEN A. TYRRELL
Chief, Fraud Section
Criminal Division
United States Department of Justice

By: _____ for
HANK BOND WALTHER
Trial Attorney
D.C. Bar No. 477218
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
(202) 257-6176

DATED: September 26, 2007