UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 5 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
|     v. ) | Criminal Action No. 07-224 (RWR) |
| ) | UNDER SEAL |
| JAIME GALVEZ, ) | |
|     Defendant. ) | |

UNSEALED

### ORDER

Upon motion of the United States of America, good cause having been shown, it is hereby

ORDERED that the government's *Ex Parte* Motion to Unseal be, and hereby is, GRANTED. The Information and all related matters in this case shall be unsealed as of 9:45 a.m. on Friday, October 5, 2007. It is further

ORDERED that the government's Motion [1] to seal the case be, and hereby is, DENIED as moot.

SIGNED this 5th day of October, 2007.

_____
RICHARD W. ROBERTS
United States District Judge