## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing was served, electronically to Assistant United States Attorney Michael K. Atkinson and DOJ Trial Attorney Hank Bond Walther on this 18th day of December 2007.

                        <u>    /S/ Frank Salvato              </u>
                        Frank Salvato

the Court for hindering the investigation and admitted that his motive in committing these offenses was to protect himself. *Id*. Not surprisingly, the probation office has had no hesitation in concluding that he fully qualifies for a reduction based upon acceptance of responsibility. *Id.*

Mr. Galvez has also been fully compliant with his conditions of release. Report ¶ 5. He is a first time offender who is a pillar of his community. Mr. Galvez is deeply embarrassed and ashamed of the conduct that brings him before the Court. He understands that he will be branded for the rest of his life as a convicted felon. All indications are that he is back on the right track and will never again be a problem for this Court or any other.

A sentence at the low end of the guidelines, twelve months and one day, would be appropriate. The Government is off base in its request for a fifteen month sentence. In fact, if anything, application of the 3553(a) factors would make a below guidelines sentence reasonable.

WHEREFORE, for the reasons stated, and for such other grounds as the Court deems just, Mr. Galvez respectfully petitions the Court for the relief requested.

> Respectfully Submitted,
> JAIME GALVEZ
> By Counsel

_____/S/ Frank Salvato_____
Frank Salvato, DC Bar # 424082
Law Offices of Frank Salvato
1203 Duke Street
Alexandria, Virginia 22314
Phone: (703) 548-5000
Fax: (703) 739-0179

the destruction of documents." Government's Memorandum pp. 3-4. This purported

minimization by Mr. Galvez is a primary argument by the Government in support of its request

for a sentence of 15 months.

  However, Mr. Galvez has admitted to the Court numerous times during the course of plea

colloquy and in his letter to the Court that he destroyed documents and lied to the Grand Jury

because he was afraid of getting in trouble.   The first quote that the Government relies on for its

argument is the following: "when I found out there were invoices in the file, I got scared  … In

my mind, it was just an irrelevant invoice in the file."   What is a significant omission on the part

of the Government, though, is the next sentence of Mr. Galvez's letter "I might incriminate

myself that is why we destroyed few of the invoices because we got scared."  Report 16.

  Thus, Mr. Galvez is forthrightly explaining that he destroyed the documents specifically

to avoid an investigation and a possible prosecution for his own potential criminal liability.   The

description of the documents as "irrelevant", therefore, does not refer to any claim that they

would have had no value or would not have been useful in an investigation of his own conduct.

  Instead, it is a description of a rationalization he held at the time that he committed the

crime.  That rationalization was that, although the documents would probably be helpful in the

investigation of the main targets, Mr. Curran and Mr. Chua, they would not be critical as the

Government apparently already knew all about them.  Therefore, he felt the primary effect of his

actions would be merely to protect himself from investigation and possible prosecution.  The use

of the modifier "few" is simply an inartful reference to the fact that not all of the phony

documents were actually destroyed.  A small number were actually produced in response to the

Grand Jury subpoena *duces tecum*.

  Therefore, rather than minimizing his conduct, Mr. Galvez has repeatedly apologized to

In sum, "fashioning a just sentence cannot be reduced to a mere arithmetical exercise. Reliance solely on numbers, quantities, offense levels, criminal history categories, and matrices produces an illusory precision that obscures the fact that sentencing, in the end, must involve the exercise of judgment, i.e., a judge's discerning opinion that results from identifying and weighing fairly all of the factors relevant to achieving the statutory sentencing goals." United States v. Biheiri, 356 F. Supp. 2d 589, 594 (E.D. Va., 2005).

Here, a balancing of the listed factors clearly supports the exercise of the Court's discretion to go the lowest end of the guidelines. A sentence at the midpoint of the range, fifteen months, as requested by the Government, would be far in excess of the minimum sentence necessary to achieve the objectives of sentencing as set forth in § 3553(a). To the contrary, even a sentence below the applicable range would be reasonable under the circumstances of this case.

Mr. Galvez is a fifty-one year old married father of two very successful adult children. Report ¶¶ 35-36. He is a naturalized citizen who has built a prosperous business from the ground up. Report ¶¶ 51-56. Mr. Galvez holds a master's degree in logistics from Pacific State University. He comes before the Court with absolutely no prior record. Report ¶¶ 29-30.

As the multitude of attached letters indicate, Mr. Galvez has otherwise lived an exemplary law-abiding life. He is universally described as a hardworking, dedicated family man who is very active in and devoted to his church. It should also be noted that he also suffers from high blood pressure and a heart ailment. Report ¶ 42.

Mr. Galvez has pled guilty and forthrightly accepted his responsibility for this offense. Nevertheless, the Government has taken two fragments from Mr. Galvez's letter to the Court where he stated that he destroyed only "a few" documents and that he thought the documents were "irrelevant" to suggest that he continues to "misrepresent his role in destroying and causing

<u>States</u>, 2007 U.S. LEXIS 13082 (U.S. 2007) (upholding a below guidelines sentence based on the crack/powder disparity in punishment) ("This Court's remedial opinion in <u>United States v. Booker</u>, 543 U.S. 220, 244, 125 S. Ct. 738, 160 L. Ed. 2d 621 (2005) instructed district courts to read the United States Sentencing Guidelines as 'effectively advisory,' <em>id</em>., at 245, 125 S. Ct. 738, 160 L. Ed. 2d 621. In accord with 18 U.S.C. § 3553(a), the Guidelines, formerly mandatory, now serve as one factor among several courts must consider in determining an appropriate sentence. Booker further instructed that 'reasonableness' is the standard controlling appellate review of the sentences district courts impose."); <u>Gall v. United States</u>, 2007 U.S. LEXIS 13083, 15-16 (U.S. 2007) (upholding a sentence of probation in MDMA trafficking case where the guidelines recommended 30 to 37 months) ("In reviewing the reasonableness of a sentence outside the Guidelines range, appellate courts may therefore take the degree of variance into account and consider the extent of a deviation from the Guidelines. We reject, however, an appellate rule that requires 'extraordinary' circumstances to justify a sentence outside the Guidelines range. We also reject the use of a rigid mathematical formula that uses the percentage of a departure as the standard for determining the strength of the justifications required for a specific sentence.").

In fact, "The Government acknowledges that the Guidelines 'are now advisory' and that, as a general matter, 'courts may vary [from Guidelines ranges] based solely on policy considerations, including disagreements with the Guidelines.' Brief for United States 16; cf. Rita v. United States, 551 U.S. , , 127 S. Ct. 2456, 168 L. Ed. 2d, at 214 (2007) (a district court may consider arguments that 'the Guidelines sentence itself fails properly to reflect § 3553(a) considerations')." <u>Kimbrough v. United States</u>, 2007 U.S. LEXIS 13082, 31-32 (U.S. December 10, 2007).

without suffering a constitutional violation.").

Under this new system, the Court is free to exercise its discretion to sentence the defendant anywhere within the statutory penalty range.  This discretion is guided by the factors set forth in 18 U.S.C. § 3553(a).

The factors that the Court should consider pursuant to 18 U.S.C. § 3553(a) can be summarized as the following: 1) the nature and circumstances of offense; 2) the background and characteristics of the defendant; 3) deterrence; 4) rehabilitation of the defendant; 5) the kinds of sentences available; 6) the advisory guidelines; 7) any policy statement of the sentencing commission; 8) the need to avoid unwarranted sentencing disparities among defendants; and 9) any need for restitution.  Moreover, the statute also directs that the sentence be "*no greater than necessary*" to achieve the purposes of sentencing as set forth in the statute.  18 U.S.C. § 3553(a) (emphasis added).

Significantly, the guidelines are not entitled to any substantially heavier weight in relation to the other statutory sentencing factors.  United States v. Ranum, 353 F. Supp. 2d 984, 985 (D. Wis. 2005) ("The directives of Booker and § 3553(a) make clear that courts may no longer uncritically apply the guidelines" and noting the tension between the guidelines and many of the other § 3553(a) sentencing factors) *see also* United States v. Biheiri, 356 F. Supp. 2d 589, 593 (E.D. Va. February 9, 2005) (Ellis, J.) ("it is easy to see that if the final offense level sentencing range is used as the § 3553(a) factor and also accorded 'heavy weight,' the result might well be precisely what Booker condemned, namely the sentencing of a defendant on the basis of Sentencing Guidelines factors found by a judge by a preponderance of the evidence, rather than by a jury beyond a reasonable doubt.").

The Supreme Court has recently emphasized this very point.  Kimbrough v. United

Justice Stevens held that any increase of a sentence pursuant to the federal guidelines based upon facts not found by the jury or admitted by the defendant under the reasonable doubt standard violates the Sixth Amendment jury trial guarantee.  United States v. Booker, 125 S. Ct. 738, 756 (majority substantive opinion of Stevens, J.) This result was a straight- forward application of the principles set forth in the line of case starting with Apprendi v. New Jersey, 530 U.S. 466, 490 (2000).

As a remedy, the Court, per Justice Breyer severed and excised the provisions of the Sentencing Reform Act ("SRA") making the guidelines binding.  Thus, the remedial majority found 18 U.S.C. § 3553(b)(1), 3742(e) as well as any cross references to 3553(b)(1) to be void. So modified, the SRA "makes the Guidelines effectively advisory."  Booker, 125 S. Ct. 738 at 756-57 (majority remedial opinion of Breyer, J.).  The remedial majority reasoned that this change avoids any Sixth Amendment problem as an increase in sentence is no longer dependent upon factual findings under the guidelines.

However, it should be noted that the remedy set forth in Booker does not apply only in cases where application of the guidelines violates the Sixth Amendment jury trial guarantee. Rather, the Supreme Court made it quite clear that it is to apply to all defendants facing sentencing.  Booker, 125 S. Ct. 738, 768(majority remedial opinion of Breyer, J.) ("we believe that Congress would not have authorized a mandatory system in some cases and a nonmandatory system in others"); see also United States v. Hughes, 396 F.3d 374, 378 (4th Cir. Jan. 24, 2005) ("the Booker Court concluded that this remedial scheme should apply not only to those defendants like Booker, whose sentences has been imposed in violation of the Sixth Amendment, but also to those defendants, like Fanfan, who had been sentenced under the mandatory regime

_____

actual period of imprisonment of roughly ten and one half months.

4

records.  Accordingly, all parties agree that the enhancement is inapplicable.  Correcting the

guidelines calculations yields a total offense level of 13.  Consistent with the plea agreement, the

resulting guidelines range is 12 to 18 months.


II.  <u>DETERMINING THE APPROPRIATE SENTENCE FOR MR. GALVEZ</u>

Mr. Galvez submits that a sentence at the lowest end of the 12 to 18 month guideline

range is appropriate.  As the Court is well familiar, a quirk in the federal sentencing law makes a

12 month and one day sentence effectively shorter than a 12 month sentence.[1]  Thus, Mr. Galvez

requests that the Court consider imposing a sentence of 12 months and one day in this case.

18 U.S.C. § 3553(a) requires that the defendant's sentence be "no greater than necessary"

to meet the goals of sentencing.  Thus, the appropriate sentence is very lowest sentence that is

deemed "reasonable" in light of the § 3553(a) factors.  As set forth below, the Government's

request for the mid-point of the range, 15 months is inconsistent with this requirement.  If

anything, application of the § 3553(a) factors would support a sentence below the guidelines.

Accordingly, the Court would be amply justified in imposing a sentence at the lowest end of the

range.  In support of this request, Mr. Galvez also asks that the Court consider numerous

attached letters attesting to his otherwise exemplary conduct and good character.

The Supreme Court has declared the mandatory federal sentencing guidelines system to

be unconstitutional.  <u>United States v. Booker</u>, 125 S. Ct. 738, 756 (U.S. January 12, 2005).

<u>Booker</u> is a two-part decision with two different majority configurations.  First, the Court, per

---

1 No good time is awarded for any federal sentence of 12 months or less.  18
U.S.C. 3624(b)(1).  However, for any sentence in excess of twelve months, a
defendant may receive good time credit of up to approximately 15%.  *Id.*
Therefore, a sentence of twelve months ends up being an actual twelve calendar
months.  Conversely, a sentence of twelve months and one day results in an

3

match up with the phony preliminary bills of lading.

Mr. Galvez has pleaded guilty to destroying or causing to be destroyed the vast majority of these initial bills of lading and invoices in order to avoid disclosing them pursuant to a Grand Jury subpoena.  This obstruction occurred sometime around May 2006.  He has also entered a guilty plea to committing perjury in front of the Grand Jury on or about July, 6, 2006 when he testified that he did not know about the phony bills of lading and invoices.


II.  OBJECTIONS

Mr. Galvez makes the following objections to the Presentence Report (hereinafter the "Report"):

OBSTRUCTION ENHANCEMENT:  Mr. Galvez objects to the Report's conclusion that an obstruction enhancement is appropriate.  Report, ¶¶ 18, 24.  As all parties agree, consistent with the plea agreement, no upward adjustment should be made.  *See* Government's Memorandum In Aid of Sentencing (hereinafter "Government's Memorandum", p.9 and Plea Agreement, p.2, ¶¶ 4-5).

Application Note 7 to U.S.S.G. § 3C1.1 provides that, where, as in this case, the offenses of conviction are obstruction and/or perjury, the enhancement is inapplicable unless there is additional obstruction during the course of the investigation into the obstructive or perjurious conduct: "e.g. if the defendant threatened a witness during the course of the prosecution for the obstruction offenses."

Mr. Galvez's obstruction and perjury occurred during the course of the Government's investigation of the underlying fraud.  There was no obstruction or perjury committed in connection with the subsequent investigation of Mr. Galvez's false statements and destruction of

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ] |
| | ] |
| **v.** | ] **Cr. No. Cr.-07-224-01** |
| | ] **Judge Roberts** |
| **JAIME GALVEZ** | ] **Sentencing Date: 12/20/07** |
| **Defendant** | ] |

## DEFENDANT'S SENTENCING MEMORANDUM

COMES NOW, the Defendant, JAIME GALVEZ, and, by and through counsel, respectfully submits his Sentencing Memorandum. Mr. Galvez asks that the Court please consider the following:

### I. BACKGROUND

On October 5, 2007, Mr. Galvez entered a pre-indictment guilty plea to a two-count criminal information charging him with destruction of evidence in violation of 18 U.S.C. § 1519 and perjury in violation of 18 U.S.C. § 1621. These charges stemmed from the Government's investigation of Import-Export Bank (herinafter "Imex") loan fraud committed by Daniel Curran and Edward Chua.

Mr. Curran operated Dankim Trading. Mr. Chua ran the EMMCO and ECCO trading companies. Both Mr. Curran and Chua fraudulently obtained loans from Imex by overstating the value of the cargo that they planned to ship overseas. Mr. Galvez was the principal owner/operator of the shipping company, JG International (herinafter "JG"), which actually sent the cargo to its destination. Mr. Curran and Mr. Chua obtained initial bills of lading from JG that they used to facilitate their scheme. They also transmitted false initial invoices to JG to



**Trident Dental Laboratories**
12000 Aviation Boulevard
Hawthorne, CA 90250

800-221-4831
Fax 310-915-7171
www.tridentlab.com

November 6, 2007

Honorable Judge Richard W. Roberts
U.S. Courts, District of Columbia
Washington, D.C. USA 20001

Re: Jaime A.S. Galvez

Case# 07 224

Hon. Judge Richard W. Roberts:

In the eighteen years I have known Jaime Galvez, I know him to be of good moral fiber and character.

I have always been impressed with his dedication, dependability, and professionalism as my personal freight forwarder for the past eighteen years.

Jaime demonstrates a loving and God-fearing nature as a devout Catholic and family man. Jaime has been happily married for many years and together with his wife, they have raised two wonderful children.

As a devout Catholic, Jaime is active in many parish activities and has made numerous contributions to the church.

As President and Chief Executive officer of Trident Dental Laboratories, I hope you will consider this letter as my personal recommendation to Jaime's upstanding moral character.

Sincerely,

Laurence K. Fishman
President & CEO
Trident Dental Laboratories
12000 Aviation Boulevard
Hawthorne, California 90250

*Expect Quality • Depend On Our Service • Receive Value*

# OUR LADY OF GUADALUPE PARISH
## 320 MASSEY STREET
## HERMOSA BEACH, CA 90254

November 1, 2007

HONORABLE RCHARD W. ROBERTS
U.S. District Court for the District of Columbia
500 Indiana Ave., N.W.
Washington, D.C.

RE: JAIME GALVEZ

Dear Judge Roberts:

I am writing you this letter concerning Mr. Jaime Galvez who is scheduled for sentencing in December, 2007, at his request and the request of his family. I am the Pastor of Our Lady of Guadalupe Catholic Church in Hermosa Beach, California. This is the Church that both Jim and his family have attended since 1990 when they moved into our area. Both Jim and his wife attend Mass daily. They are very involved in our parish and in the life of their family.

I know Jim to be a good moral man and someone that I think highly of. He spoke to me many months ago about the difficulties that he found himself in. At the time I did not realize what he was being accused of or the consequences. I just knew him to be a good man, a prayerful man, a good husband and a loving father. What he is being accused of and the consequences does not fit the man that I know.

I don't understand the in's and the out's of what Jim is being accused of. But I don't believe that whatever he has done was not motivated by criminal intention or for personal illegal gain. It is my understanding that he has pleaded guilty as part of a plea deal that was presented to him. He decided not to fight the charges and accept a lesser charge in return.

I know that this is the way our legal system works but the possible consequences of Jim going to prison, even for a short time, makes no sense to me. What is to be gained by him doing prison time? Jim's good name has already been harmed, his ability to operate his business has been affected and all of this has affected Jim very deeply. I would suggest that you find some alternative sentencing program so that Jim might be allowed to continue his life with us. We need Jim as part of our community and his family needs him.

Sincerely,

Fr. Raymond Mallett, OFM Conv.
Pastor Our Lady of Guadalupe Church



# OUR LADY OF GUADALUPE CHURCH

### 320 Massey Street, Hermosa Beach, California 90254
### Phone:(310) 372-7077     Fax (310) 798-4051
### www.ourladyofguadalupechurch.org

October 26, 2007

Honorable. Richard W. Roberts
U.S. Court District of Columbia
500 Indiana Ave
Washington, D.C.

Dear Mr. Roberts.

     I, Fr. Lazaro Sandoval, OFM Conv., Associate Pastor of Our Lady of Guadalupe Church, fully aware of the sacred character of an oath, that is, calling upon God to witness the truth of my statement, solemnly attest to the upstanding moral character of Jaime Galvez, who has been a very active member of our church since 1990. Both, Jaime and his wife Ofelia attend daily Mass here and participate in many spiritual and financial aspects of our church. They are, in my humble opinion very good people with good moral values.

Should you require further assistance, please do not hesitate to call me.

Yours In Christ,

Fr. Lazaro Sandoval, OFM Conv.

October 29, 2007


The Honorable Richard W. Roberts
U.S. District Court for the District of Columbia
500 Indiana Avenue, NW
Washington, D.C. 20016

Dear Judge Roberts:

Re: Jaime Galvez

In the over 26 years that my family has known Jaime Galvez, we find a good and honest
friend in him. He is a dependable person whose advice is always guided by adherence to
the law and devotion to God. He is a man whose integrity and moral fiber are without
question. The values he embraces make him such a fine role model. These are among
the reasons why my late husband and I chose him to be a godfather to our only child,
Mark.

His community service and volunteer work are commendable. The weekly Bible
sessions in his home have brought families together in prayer and renewed God's
presence in our lives. Sunday activities consist of visiting the sick to deliver Holy
Communion and to pray and read the Gospel. He is active in the fund raising campaigns
and the food chain programs in the community. When faced with challenges, he rises
above them all in prayer and devotion to God and Church.

So many lives have been touched by him with his words, actions and even by his mere
presence. We are indeed in a better place with him around and sending him away will
not benefit society.

Respectfully yours,


Maria Teresa B. Hizon
819 Sunriver Drive
Diamond Bar, CA 91765

October 29, 2007


HON. RICHARD W. ROBERTS
U.S. District Court for the District of Columbia
500 Indiana Ave., N.W.
Washington, D.C.

RE: JAIME GALVEZ

Dear Judge Roberts:

By way of introduction our names are Jose Patron and Marcelina Patron, husband and
wife. We've known Mr. Jaime Galvez for about 35 years and known his family so well.
Jaime was born to a charitable, generous and God fearing family. His father is a
prominent doctor and former Secretary General of the Philippine National Red Cross and
Jaime was raise in a decent well off environment. He is a devoted husband, loving father
to his two children and active to his church and community.

As a businessman, Jaime was a hardworking, honest and highly committed to his job.
This is the reason it was difficult for us to write this letter because we have been
witnesses to Jim's rise in his business. He works diligently as a businessman and
observed a high level of ethical conduct in his business operations.

We sincerely believe that Jaime would not even thought of being a part of such
scrupulous group. We are particularly inclined to argue the validity of the government's
accusation against Jaime Galvez nor critical and analytical of the judicial system, but we
believe this God fearing man does not deserve to be in prison.

Your Honor, may we respectfully request for every fragment of leniency from you. We
pray that your office and court will be most understanding in appraising his case.



Very Truly Yours



Jose M. Patron                              Marcelina Patron
1529 Cronin Drive
Rowland Heights, CA 91748
(909)594-5758



# SYN Expeditors Int'l., Inc.

Rm. 216 / 217, Central Park I Condominium, D. Jorge St., Pasay City
Tel. Nos.: Admin: 889-1268; 889-1278 • Operation: 889-5973; 889-5968
Fax No.: 889-4248 • E-mail: evelynsyn@skyinet.net; rpbsyn@skyinet.net

October 31, 2007

**HON. JUDGE RICHARD W. ROBERTS**
US COURTS DISTRICT OF COLUMBIA
333 Constitution Ave.
Washington D.C. 2001

Dear Judge Roberts,

This is to certify that I have known personally MR. JAIME A.S. GALVEZ for almost twenty (20) years.

In doing business with his company, J.G. INT'L. CORPORATION, we guarantee his honesty and integrity. At all times, we found him very reliable and supportive in all our business transactions.

Further, we at SYN EXPEDITORS INT'L., INC. can attest to his good character as a person and businessman.

Very respectfully yours,

SYN EXPEDITORS INT'L.,INC.

**RESTITUTO P. BACHAR**
President & General Manager

---

*S E R V I C E S :* **Customs Brokerage - Air & Sea • Forwarding - International & Domestic • Consultancy**

 **ASSOCIATED FREIGHT CONSOLIDATORS, INC.**

Kaingin Road, Multinational Ave., 1708 Parañaque City, Philippines
P.O. Box 8096, 1708 Parañaque Central Post Office, Philippines
Tel. Nos.: 822-1024 to 33 / 822-2631/32 / Fax No.: 822-1051
E-mail: afci@afciphil.com.ph / web: www.afciphil.com.ph

October 31, 2007

**HON JUDGE RICHARD W. ROBERTS**
US COURTS DISTRICT OF COLUMBIA
333 Constitution Ave.
Washington D.C 20001

**RE : Case of Jaime Galvez**

Dear Judge Roberts,

　　　　I am writing this letter to provide character testimony in behalf of Mr. Jaime Galvez , whose case in now in your jurisdiction.

　　　　I have personally known Mr. Galvez for more than twenty ( 20) years now and has been doing business of forwarding with his company for the same length of time. During these years , I have known him to be of good moral character, trustworthy and a professional and an ethical businessman.

　　　　As a family man , I have known Mr. Galvez to be a supportive father, faithful to his family , kind , religious and God fearing.

　　　　It is for these reasons , that I feel that he can only be a victim of circumstances and used as a tool by his unscrupulous customers.   Through this letter, your honor, I would like to request for leniency in your judgement.

Very truly yours,

Danilo L. Belgado
President

  *CUSTOMS BROKERAGE*INTERNATIONAL & DOMESTIC FREIGHT FORWARDERS-AIR AND SEA*
*TRUCKING*CONSOLIDATION SERVICES*CRATING & PACKING* BREAK BULK* DOOR TO DOOR DELIVERY*  

# ERNESTO M. CRUZ, JR.
### 291 MARQUETTE AVE.
### SAN MARCOS, CA 92078
### TEL. 760-290-3614
### FAX 760-290-3615
### E-MAIL: emcjr66@gmail.com

October 30, 2007

Honorable Richard W. Roberts
District Court of Columbia
500 Indiana Avenue NW
Washington, DC

Subject: Mr. Jaime Galvez

Dear Hon. Roberts:

I am writing this letter to your honor on behalf of my friend Jaime Galvez to give
you a background of his good character based on my long years of business
association with him.

I have known Mr. Galvez way back in the late 1988 when I was working with
Hypac, Inc. in San Marcos, California and later on when I started my own
business, Coppergold International. He handled a majority of our air and ocean
freight cargoes going to the Philippines with complete honesty and efficiency.
During those times, I am proud to inform you that we have never had any incidence
of business activities illegal in nature in the process of exporting. Mr. Galvez
performed with high integrity in all our transactions.

Currently, we are partner in a new export trading services oversea. Outside of our
business association, Mr. Galvez is a devoted Catholic who serves our church with
complete humility and does numerous apostolate works such as Eucharistic
Minister, financial donors to projects helping the poor and many religious orders.
He is highly appreciated by the Pastor in his parish as well as the other religious
organizations he is associated. One of his future plans also is to be a Deacon in his
Catholic Church so he can profess more his faith.

I firmly request to extend Mr. Galvez a fair judgement in his ongoing trial for I
believe he has done nothing wrong and is a victim only of some circumstances. He
has been a good law abiding citizen and will be forever.

Sincerely,

ERNESTO CRUZ, JR.



# HARBOR CARE CENTER

October 29, 2007

Hon. Judge Richard W. Roberts
or Probation Officer-In-Charge
Washington D.C.

Re:    <u>Jaime Galvez</u>

Dear Judge Roberts:

I am writing to confirm that I personally know Mr. Jaime Galvez. I met him some 10 years ago and have had the opportunity to develop a deep friendship with him and his wife. I can confirm that he is a man of great integrity, extremely dedicated to his family and is not capable of anything that can potentially hurt his or his family's reputation.

I have been very impressed how Mr. Galvez carries himself and how he conducts his business. He has accomplished so much but still remains grounded with his humility and selflessness. I am appalled with how things around him have developed but remain very resolute in my belief that Mr. Galvez is innocent of any wrongdoing. More than anything else, I can say this with conviction because of how I know Mr. "Jim" Galvez on a personal level.

Thank you and please don't hesitate to let me know should you have any questions and if there's anything I can be of help with.

Truly yours,

**ANGELICA DOMINGO**
Administrator

21521 SOUTH VERMONT AVENUE, TORRANCE, CALIFORNIA 90502
310·320·0961  FAX 310·533·4999



November 1, 2007

HON. JUDGE RICHARD W. ROBERTS
US COURTS DISTRICT OF COLUMBIA
333 CONSTITUTION AVE
WASHINGTON DC 20001

RE: JAIME GALVEZ

Dear Hon. Judge Richard W. Roberts;

I have had the pleasure of knowing Jim Galvez for about 8 years now.  He has been one of our best clients.  I have never encountered any kind of conflict with him as a client. He is a kind, intelligent person, with a very agreeable personality.  He is a very sound businessman and is enormously well esteemed by his peers. He takes great care of his employees who treat him with the utmost respect as their employer, and I can see that his employees, with whom I also deal with, are exceptionally loyal to him. In my many dealings with him as a client, I have known him to be a person of the highest integrity and honesty.  He does not take advantage of other people and is a deeply religious man who lives by his faith.  He has demonstrated to be a person with whom you can completely trust and rely on, and I now consider him to be a very good friend.

I hope this humble letter would have some positive bearing on your judgement of his character as an individual.

Sincerely,

Duane Guimatico
Advanced Approach

121 Sierra Street  •  El Segundo, California 90245  •  (310) 322-5745  •  Fax (310) 326-5437

Case 1:07-cr-00224-RWR      Document 14-2      Filed 12/18/2007      Page 11 of 31

October 30, 2007


The Honorable Judge Richard W. Roberts
Washington, D.C.

Re: **Jaime Galvez**

To The Honorable Judge Roberts:

I am writing this letter at the behest of Jaime Galvez with whom I have the great pleasure
of enjoying both a personal and professional relationship for the past 20 years.

Jaime, or Jim as we fondly call him, stood as baptismal godfather to my youngest son. In
our culture, the importance of being the godfather cannot be overemphasized. The
baptismal godfather is selected by the parents because of his good moral character, his
deep faith in our God, and his ability to step in as a parent at any time. We are proud to
say that Jim is all that to our son and more.

My family and I celebrate special occasions with Jim and his family, including birthdays,
weddings, anniversaries and Christmases. During all our celebrations, Jim has always
provided warmth, fun, laughter and camaraderie. He is a kind, genuine, helpful,
supportive and dependable friend. If you need a babysitter, Jim will help find you one; if
you need a ride to the airport, Jim will take you; if you have no place to sleep, Jim will
have room in his home – all these acts of kindness, he will do for a friend with a smile on
his face and without expecting anything in return.

His business ethics are above reproach. My company has used his services for the past
20 years and he has always shown the utmost professionalism. Our shipments are
delivered on time, the documentation is accurate and complete and our customers
overseas are satisfied. Like in our personal relationship, Jim exudes honesty, sincerity,
and dependability in all our business dealings.

My faith and trust in Jim as a friend and as a business professional are unrelenting. He
has constantly reaffirmed the decision we made 18 years ago when we made him our
son's godfather. If something were to happen to my wife, or me there is absolutely no
one else, I would trust more to guide my son into adulthood than Jaime Galvez.

Very truly yours,

Alex Benedicto
Fullerton, California



October 31, 2007


HON RICHARD W. ROBERTS
U.S. District Court for the District of Columbia
500 Indiana Ave., N.W.
Washington, D.C. 20001

RE: JAIME GALVEZ

CASE # 07 -224

Dear Judge Roberts:

I have come acquainted with Mr. Jaime Galvez through his spiritual director, Rev. Tony
Astudillo, pastor of St. Lorenzo Ruiz Catholic Church. Fr. Tony informs me that Jaime
Galvez is a dedicated worker in many church ministries and is very proactive his attitude
and understanding of the church's mission. He is deeply spiritual and very devoted to his
wife and children. Having the opportunity to know Mr. Galvez personally has only
convinced me that Fr. Tony's assessment of Mr. Galvez's character and his moral
goodness is authentic. He is a witness in many ways of God's goodness and generosity.

Whatever it was that Mr. Galvez has been accused of, I am convinced that any criminal
activity is totally out of character with his integrity, the practice of his Catholic Faith and
his professional business ethics. It is my hope and prayer that you may find a sentencing
alternative whereby Mr. Galvez may be allowed to continue his faithful ministry for God
in helping others.

Respectfully yours,

Most Rev. Bishop Joseph M. Sartoris
Auxiliary Bishop Emeritus
Los Angeles, California


1988 Rolling Vista Drive #21    •    Lomita, California 90717

RAMON C. MANALO
8434 Donovan St. Downey, CA 90242

October 29, 2007

Honorable Judge Richard W. Roberts
333 Constitution Ave.
US Courts District of Columbia
Washington D.C. 20001

RE: Jaime Galvez

Dear Honorable Judge Roberts,

My name is Ramon C. Manalo, 50, a businessman in Los Angeles, CA. I have known Jim Galvez for over 20 years. I started an ocean cargo forwarding business in 1985 and met Jim shortly thereafter at an industry association where we were both members.

Over the years, he had earned my respect as a friendly competitor. His company was one of a few known for its reliable and professional service. In 1997, I underwent brain tumor surgery and was forced to give up my cargo forwarding operation and just concentrate on my trading business.

I chose Jim's company, among all the different contacts I have established over the years, to handle my cargo forwarding services needs because of my utmost respect for him not only as a professional but as a good friend who was always helpful, humble, kind-hearted, hardworking, and accommodating.

As a regular customer, I would deliver my cargo on Friday afternoons. Many times, Jim would meet me at the cargo bay and personally assist me in unloading. We would sit atop my pick up truck bed and just chat. He would always find time to share stories with me despite his busy schedule. That was how I got to know how much he valued his wife, son and daughter, his health, his friends, his community, and God. That was also how I concluded that he was a good man.

It is my firm belief that his legal brush with the law is an isolated poor business decision I'm sure he has regretted over and over and does not represent his true person. Since learning of this shocking news, I have prayed hard that he may be given the chance to redeem himself and prove that he is indeed a productive citizen. I humbly plead for your leniency in sentencing. If there is one person who deserves a second chance, it is Jim Galvez. Thank you for your time and attention.

Respectfully yours,

Ramon C. Manalo

October 30, 2007

Hon. Judge Richard W. Roberts
333 Constitution Avenue
US Courts District of Columbia
Washington, CA 2001

Re:  JAIME ABAD SANTOS GALVEZ

Dear Hon. Judge Roberts:

Greetings,  I pray that you and your family prosper in all things and be in good health always!

Mr. Galvez has been a good friend and a good businessman since I have met him and his wife, Mrs. Ofelia Galvez, about ten years ago.  Both of them are very active in helping the poor and the homeless as well as providing the needs of their parish church.  They have brought up two children of good characters just like them.

As this unfortunate event happened in their business, we, in the business community, are surprised in the turn of events.  However, because of their strong faith in God, they have surrendered the situation to the Lord and the good justice of our government system.

Hon. Judge Roberts, my fellowship group and myself  extend  our gratitude and pray that, as always,  our God's wisdom and understanding be upon you and your staff  in the  finalization of Mr. Galvez'  case.

God bless you and thank you!

Very truly yours,

Ms. Paz I. Zalamea
Real Estate Broker
Tel: (310) 549-1321
21305 Troyton Lane
Carson, CA 90745

October 23, 2007

Honorable Richard W. Roberts
District Court of Columbia
500 Indiana Avenue NW
Washington, DC

Re: Jaime Galvez

Dear Honorable Roberts:

As a personal friend and business associate since the late '70s, Jaime Galvez has always
been a sincere, caring and honest person as well as a trustworthy, reliable, and
dependable business professional. Since the start of his career within the shipping
industry in 1979, his diligence in gaining experience and knowledge served him well
when he started his own business, JG International, in 1989. He successfully launched
this freight forwarding operation that continues to serve a growing customer base to this
day. His professionalism, honesty, integrity, and excellent customer service are the
pillars of his success.

On a personal note, I find him to be honest, loyal, generous, caring, and dependable – a
true friend with a big heart, simple, uncomplicated and modest in his ways.

Thank you for spending the time to read my letter.

Sincerely,

Antonio C. Arambulo
6128 Wicklow Drive
Burke, VA 22015

October 30, 2007

The Honorable Judge Richard W. Roberts
U.S. District Court, District of Columbia
Washington, D.C.

To the Honorable Judge Roberts:

Re: JAIME GALVEZ

In the course of my work and up to the present time, I have been dealing with Mr. Galvez and his company with regard the forwarding of our shipments. I do have a high regard of him as a person and as a professional. He is a decent man, honest and truly hardworking. There has been no incident in our business dealings with him wherein the handling of our shipments did not comply with any law provision.

I have known Jim as a person too as our relationship has been on for almost ten years now. He is a religious individual, fond loving and really close to his family. Together with his wife, he has raised his two children with immense dedication, warmth and love.

Thank you.

Very truly yours,

ADRIANO Y. SESE

Home Address          18300 Rinaldi Place
                      Northridge, California 91326

Day Phone             (310) 642-9845



### DEPARTMENT OF PHILOSOPHY
SCHOOL OF HUMANITIES
ATENEO DE MANILA UNIVERSITY—LOYOLA SCHOOLS

5 November 2007-11-05

Hon. Judge Richard W. Roberts
U.S. District Courts     District of Columbia
333 Constitution Ave.
Washington D.C., U.S.A.

Re:   Jaime Abad Santos Galvez
Case no. 07 224

Your Honor:

This is to vouch for the generous and loyal character of JAIME ABAD SANTOS GALVEZ.

I have known him since his college days here in Manila when I used to tutor him. I have watched him grow to become a responsible and generous person, always willing to help those in need.

I am not aware of the circumstances of his case. All I know and can testify is his fidelity to our friendship by supporting my project of helping poor kids go to school. This year he provided my scholars (eight of them) with new pair of shoes.

Time and space do not allow me, your honor, to enumerate the good deeds he has done for other people. But I do hope that this short letter may show a positive side to his character.

Thank you for your attention. I remain

Sincerely Yours,

MANUEL B. DY, JR., Ph.D.
Professor

KATIPUNAN ROAD • QUEZON CITY • 1108 ❖ P.O. BOX 154 MANILA 0917 PHILIPPINES
PHONE: +63 (02) 426 5665; +63 (02) 426 6001, local 5360-61 • FAX: +63 (02) 426 5665
philosophy@admu.edu.ph ❖ http://www.ateneo.edu/philo

11/5/07

To: Hon. Judge Richard W. Roberts
    U.S. District Courts  District of Columbia
    333 Constitution Ave.,
    Washington D.C.


From: Ed Zayco
    C/O Lopez Sugar Corporation
    3042 Keystone St.
    Burbank, Ca., 91504
    (818) 599-6742

Re: Jaime Abad Santos Galvez
    Case No. 07 224

      I have known Mr. Jaime Abad Santos for the past Fifteen Years. He was recommended to me by client of his that was shipping goods to the Philippines.

My principals in the Philippines at the time were starting to buy Heavy Equipments for their operations and needed a Reliable Shipping Company, considering the volume that we had to ship.

After considering several offers from other Shipping Companies, I decided to try Jim's company, JG International. After several shipments, I was please how Jim handled his business. He was very Professional and Trustworthy and Organized in his dealings.

On request of my principals, I tried using other Shipping Companies and after one shipment, they ordered me to ship all our pending shipments back to Jim Galvez at JG Int'l. As recent as the past three months, we had ship 11 units of Truck Tractors thru Jim and we are still pleased with his services.

I have and will recommend Jaime "Jim" Abad Santos to anyone that might need Jim's company in shipping their goods.

Thank you,



747 MEADOWPASS ROAD
WALNUT, CA 91789
PHONE: (909) 595-9545 FAX (909) 594-3940
WEBSITE: WWW.STLORENZO.ORG

## ST. LORENZO RUIZ CATHOLIC PARISH COMMUNITY

*"...IF I HAD A THOUSAND LIVES, I WOULD OFFER THEM TO THE LORD..."*

October 22, 2007

HON. RICHARD W. ROBERTS
U.S. District Court for the District of Columbia
500 Indiana Avenue N.W.
Washington, D.C.

RE: JAIME GALVEZ

Dear Judge Roberts:

I have known Mr. Jaime Galvez (or Jim, as I fondly call him) for close to 25 years. He and his wife were one of the very first friends I had when I first came to the United States as an immigrant. I have been their friend and spiritual director since that time and had the opportunity to see first hand their love and compassion for each other and their parish community when I was an associate pastor in their parish of Nativity at El Monte, California. I know that Jim continues to be a dedicated lay minister in his parish and his singular dedication to his ministry has breathed new life into the parish community. He touches people with his humility and grace. He is absolutely and humbly submissive to Church and parish authorities and takes spiritual direction from me with a joyful and generous heart. I know that parishioners look up to him for true Christian leadership which he amply provides.

Sometime ago, Jim informed me of his situation with the U.S. Criminal Justice System. A typical person in the same predicament would have played loose with the truth. But Jim, true to his faith and the demands of his religion, chose to stand by the truth and take responsibility for his actions. The gallantry with which Jim chose to face up to his personal crisis is a model of spiritual courage. The peace with which he has accepted this heavy cross at this time in his life is exemplary. His faith that God is not going to abandon him throughout this ordeal is praiseworthy. Whatever it was that the government found to be so legally wrong in Jim's life is now a past issue—to me, to the Bishop, and to the rest of our faith community. I can say that Jim is a deeply transformed man with deep faith and love for his God.





747 MEADOWPASS ROAD
WALNUT, CA 91789
PHONE: (909) 595-9545 FAX (909) 594-3940
WEBSITE: WWW.STLORENZO.ORG

ST. LORENZO RUIZ CATHOLIC PARISH COMMUNITY

*"...IF I HAD A THOUSAND LIVES, I WOULD OFFER THEM TO THE LORD..."*

In terms of punishment, let me just say that Jim has suffered more than enough. As a result of the government's investigation of him and his subsequent plea, Jim has practically lost his ability to earn a living. The business that he put up and worked so hard to maintain is about gone. He is facing major losses in his finances. His financial future is now uncertain, at best. Jim is in a situation that would cause understandable despair in most men.

But yet, Jim refuses to give in to despair over his situation. Instead, he works so hard to minister to the needs of his parishioners and members of his prayer community, to help them encounter God in their own moments of suffering, trial, and brokenness. He continues to inspire people with his actual testimony of faith and love.

It is for this reason that I ask for your leniency in imposing sentence on Jim. I believe that Jim will be far more productive to society, especially to his parish and prayer communities, if he were to be sentenced in a way that will allow him to continue with his ministries. In fact, I intend to recommend him to the Archdiocesan Diaconate program so he could continue his productive work for the Church.

I appeal for maximum leniency for Jim.

In Christ,

FR. TONY ASTUDILLO
Pastor

TPA/ce

**CALIFORNIA JOURNAL**
**FOR FILIPINO AMERICANS**
EXPONENT OF GROWTH AND DEVELOPMENT

AWARDED: U.S. SBA MEDIA ADVOCATE
RECIPIENT: MINORITY MEDIA AWARD - L.A. MBOC, U.S. SBA

November 8, 2007

HON. RICHARD W. ROBERTS
U.S. District Court for the District of Columbia
Washington, D.C. 20001

RE: JAIME GALVEZ

Dear Judge Roberts:

This letter is in reference to Jaime Galvez, who pleaded guilty on the following accusation:

*THAT I, JIM GALVEZ KNOWINGLY ISSUED INITIAL BILL OF LADING TO MATCH THE SHIPPERS INFLATED 35 INVOICES. THAT JIM GALVEZ ALL ALONG KNEW ABOUT IT AND LIED OF NONE KNOWLEDGE OF THE WHOLE THING.*

This case indeed has adversely affected Jaime Galvez, his company, as well as his family. It has been almost two years of mental anguish. Jaime Galvez had spent too much time and money on this case. This alone is more than enough punishment. Hence, I would like to request your upstanding office to consider having Jaime Galvez serve the court through an appropriate **community service**.

Moreover, I would like to request the U.S. Department of Justice to focus more of your time, efforts and funds to real criminals, rather than to Jaime Galvez, who is a concerned U.S. citizen and a U.S taxpayer; a businessman who is working hard to reach his American Dream.

Please be reminded that Jaime Galvez did not financially benefited from Dan Curan's illegal transaction.

I am looking forward for your kind consideration to this request.

Sincerely,

Joey Quinto
Publisher

HON. RICHARD W. ROBERTS

U.S. District Court for the District of Columbia

Washington, D.C.


RE: JAIME GALVEZ

Case # 07 224

Dear Judge Roberts:


This letter is in reference to Jaime Galvez, a wonderful, kind human being. He is a devoted husband, an ideal father, a brother, a loyal friend, a mentor and a leader. He is all those things and more.

We have known him for 2 years and have worked very closely with him in Divine Mercy ministry in our parish of St. John Fisher Catholic Church.

He works diligently as a businessman and as an active member of his community. He has helped countless people without expecting anything in return.

In our parish, he is deeply involved in our Divine Mercy group and church activities. Despite his busy schedule, he is able to bring prayer to the sick and bring joy to the homebound. Jim has helped with missions to Haiti, in transportation of medical supplies to Miami where the supplies were shipped out to Haiti. His service to the poorest community, Shada, in the poorest country in this hemisphere, was admirable. Jim is kind, loving and always helpful. He has a missionary spirit, ready to serve the poor and down hearted without any recompense. He is truly a giving person, ready to help with a smile and a loving heart. I'm very grateful for the help Jim gave our medical mission to Shada, Haiti without his help and generosity we wouldn't have had a successful mission.

Together with his loving wife, they are members of St. John Fisher Divine Mercy Group, Our Lady O Guadalupe Homebound Eucharistic Ministry. Two hearts Community, a religious organization that conducts regular prayer meetings, retreats, recollections and within the parish. They are able to assist others in their spiritual growth.

Jaime Galvez is a lovable individual, a good and outstanding citizen. He is well respected and admired. If he has made mistakes in the past, we believe he has suffered enough mentally and emotionally, together with his family, throughout this ordeal. His

contributions to the community these past few years have profoundly compensated for whatever wrong he has done.

A jail sentence would not benefit anyone. He would do more good outside, investing his time, talents and efforts helping people and continuing to play an active role in his parish community.

We sincerely hope and pray that his case would be given a serious and kind of consideration. His absence will cause a great deal of sadness and an interruption in the parish activities. Please allow him to serve his sentence by serving the community.

We thank you most sincerely for giving us the chance to express our honest feeling in behalf of a person who is an asset to the community.

Sincerely yours,

*Pat J. Dahlberg, RN, MSN, CPNP*
*Assistant Clinical Professor - UCLA*

Pat Dahlberg
Divine Mercy Leader
St. John Fisher Catholic church
Palos Verdes, California

Honorable Judge Richard W. Roberts
U. S. Courts
District Of Columbia
333 Constitution Avenue
Washington D. C. 20001

Subject: Jaime Abad Santos Galvez (Case No.: 07-224)

Your Honor:

Jaime Galvez is my youngest brother. I have always known him to be a good person, who
never intended any malice toward anyone. He always is fair to everyone he deals with
and often would even go out of his way to be helpful to others.

He also is a good father to his two children whom he raised to be good citizens. Both Jon
and Jhoanna are good kids who have done volunteer work for their communities. He and
his wife, Ofelia, also have done work for their communities in El Monte then in Redondo
Beach, California.

I am very certain that his involvement in the activities to which this case addresses may
have only been an error in judgement and not with any intended malice toward anyone. I
love my brother very much and in this respect I would like to request leniency in your
decision toward the resolution of the case.

Sincerely Yours,

*Gerardo Abad Santos Galvez*

*4042 S Nepal St*
*Aurora, Colorado 80013*

*Tel No.: (303) 766-9596*

Honorable Judge Richard W. Roberts
U. S. Courts
District Of Columbia
333 Constitution Avenue
Washington D. C. 20001

Subject: Jaime Abad Santos Galvez (Case No.: 07-224)

Your Honor:

Jaime Galvez is my youngest brother. I have always known him to be a good person, who
never intended any malice toward anyone.  He always is fair to everyone he deals with
and often would even go out of his way to be helpful to others.

He also is a good father to his two children whom he raised to be good citizens. Both Jon
and Jhoanna are good kids who have done volunteer work for their communities. He and
his wife, Ofelia, also have done work for their communities in El Monte then in Redondo
Beach, California.

I am very certain that his involvement in the activities to which this case addresses may
have only been an error in judgement and not with any intended malice toward anyone. I
love my brother very much and in this respect I would like to request leniency in your
decision toward the resolution of the case.


Sincerely Yours,


*Gerardo Abad Santos Galvez*

*4042 S Nepal St*
*Aurora, Colorado 80013*

*Tel No.: (303) 766-9596*



**Disciples of Two Hearts Community**
**St Philomena Church**
**21900 Main St.**
**Carson, CA 90745**

November 4, 2007

Honorable Judge Richard W. Roberts
U.S. Courts, District of Columbia
333 Constitution Avenue
Washington, D.C. 20001

Dear Honorable Judge Roberts:

We are writing to you in behalf of our very good friend, Mr. Jaime Abad Santos Galvez whose legal case is pending before you. But first, please allow me to introduce myself to you. My name is Enrique Quiaoit. I am a law-abiding U.S. citizen of this most wonderful country that I have adopted and love so very much. I presently work as a staff specialist for the Orange County Child Support Services for the last 19 ½ years. My spouse, Teresa or Tess Quiaoit, works for the Los Angeles County Fire Department as a hazardous materials specialists. We are God-fearing people and proudly serve in 2 parishes of St. Philomena Church in Carson City, California and St. Boniface Church in Anaheim, California. I, together with my wife, Tess, help facilitate the Bible Study classes for the last 8 years at least in St. Philomena and a year now in St. Boniface. We are also two of the elders of the Two Hearts Community (a prayer group) based in St. Philomena Church. It was in one of our Bible study sessions in St. Philomena that we were blessed to encounter Jaime and his most beloved wife, Ophie.

In listening and talking to Mr. Jaime Galvez, or Jim as we fondly call him, we got the impression of a man who loves his God first and foremost, who is very devoted to his wife and 2 children and a person who not only loves his job but more importantly, someone who treats everyone equally whether rich or poor. I found Jim to be a person who is very honest, unpretentious, charitable and a man of great integrity. We have been to his residence in Redondo Beach which is not even luxurious. We have seen how he lives which is far removed from being ostentatious either.

And so when we found out that Jim was sued for bank fraud involving millions of dollars, we were shocked beyond belief. Yes, we know that he had pled guilty to the charges. But he did that in order to spare his family from further pain and suffering both financially and emotionally that would arise from a long trial and because he was told by his attorney that he would only serve a very short time of incarceration. Again, Jim, who cares more about others more than himself, had chosen not to fight vigorously to defend his good name in court because he still believes that if the prosecution would only diligently investigate this case, Jim would be found innocent.

1



### Disciples of Two Hearts Community
### St Philomena Church
### 21900 Main St.
### Carson, CA 90745

Your Honor, we know that this moment might not be the right time to argue in Jim's behalf of his innocence. But we do beg you with bended knees to spare Jaime Galvez from serving time in prison. If he is even guilty, we believe that he is only guilty of being too trusting of others. Because of this, he was taken advantage of and used by others for their criminal enterprise. If you must your Honor, please give Jaime Galvez probation instead. That way, he will be with his family and continue to be a person of positive influence to others in the community.

We have always believed in the fairness of the U.S. justice system. We hope and pray that the office that you represent will show the same fairness to Jaime Galvez and that the sentence that you will mete out would be favorable to him.

Thank you very much for the valuable time you have given to read our letter. May God bless you and your loved ones always.

Sincerely,

ENRIQUE & TERESA QUIAOIT
630 E. CYPRESS ST.
ANAHEIM, CA 92805
714-778-5078

2



2201-D North Lakewood Blvd #1888
Long Beach, CA 90815
*Phone* (877) 248-5327   Fax (562) 597-5255

November 5, 2007

Honorable Judge Richard W. Roberts
U.S. District Court, District of Columbia
333 Constitution Ave.
Washington, D.C. 20001

Re: Jaime A.S. Galvez
Case # 07 224

Dear Judge Roberts,

I am writing to you in regards to Mr. Jaime Galvez and his unfortunate circumstances that led to his sentencing.

Jaime Galvez also known as Cricket to my family is a very dedicated uncle, father, husband, brother, son, employer, colleague, and friend. He has worked very hard all these years to ensure his family's security and future. I have known Cricket my whole life and he has been very supportive playing a key roll in my upbringing and career.

Cricket has taught me the values of integrity, honesty, compassion, and dedication having applied these values in my personal and work environment which is the foundation of who I am today. I now instill these fundamental values to colleagues, employees, family and friends knowing that it can bring them the opportunities that were given to me in becoming a positive role model.

Cricket has impacted many lives positively being a valuable asset to society.

Please consider his character and provide him with leniency in his sentencing.

Thank you for your time and consideration.

Sincerely,

Alan Paggao
President – Leap Trade Shows, Inc.



# Disciples of Two Hearts Community
## St Philomena Church
### 21900 Main St.
### Carson, CA 90745

November 5,2007

Honorable Judege Richard Rober T
U.S. Court
District of Columbia
333 Constitution Ave. Washington D.C. 2001 U.S.A.

Re Jaime Abad Santos Galvez
Case no 07-224

Your Honor :

We are appealing to you on behalf of our dear friend Jaime Galvez who was charge with Bank fraud in Federal investigation. We believe that he is innocent and would not have committed such a crime. We know Jim as a God fearing man, simple hearted with a compassionate heart. He was ever willing to extend a helping hand to those in need of help without counting the cost.

He has been attending bible studies, going to prayer services in his search for God and also wandering how can these have happened to him. he who has arrived here in America with 2 suit cases to start a new life as young man, full of enthusiasem and trust for he knows America is a land of opportunity for thos-who wants to work hand and honest. With 17 years of hard work, trying to build his business from nothing, working hard to make it happen, I am convinced that he would not dare intentionally to jeopardize the business, his well being and reputation of his family.

The charges against him are harsh and we believe he does not deserve to be branded as a criminal with a harsh sentence therefore we are appealing to you that you will reconsider the sentence charge to him.

The Two Hearts Community based at St. Philomena Church here in Carson California USA are rallying in prayers that you will reconsider the severity of the sentence. We were shock with these event because we do not believe that he could have done such charges to him. We are his prayer family and community.

Jim is a family man with a loving wife Ophie, son and a daughter who are barely starting to be on thier own and surely will need the guidance of their loving father who has a lot of experience to share in working hard, how to be honest and how to overcome the challenges of life.

Thank you very much and we hope and pray that you will be merciful to him and extend to him a second chance he much needed.

Below are the signatures of our members who have joined me in behalf of Jim for you fairness in his judgement.

MANUEL AND ANNIE DE GUZMAN
23300 SIDLEE PLACE
HARBOR CITY CA 90710
U.S.A.

ANNIE DE GUZMAN      MANUEL DE GUZMAN      ASUNCION Bais

FLOR DE GUZMAN                                  ISLDORO GUTIERREZ

BELINDA B. REYNOSO     Yvonne U. Reynoso     TECFILA GUTIERREZ

RIO M. REYNOSO



**Disciples of Two Hearts Community**
St Philomena Church
21900 Main St.
Carson, CA 90745

Robert Lesaca

AMOR V. LESACA

JUNE TACSUAN

## St. Elizabeth Ann Seton Church
### 1835 Larkvane Rd.
### Rowland Heights, Ca. 91748
### Tel. (626) 964-3629 • Fax (626) 913-2209

8 November 2007

HON. RICHARD W. ROBERTS
U. S. District Court for the District of Columbia
500 Indiana Avenue, N.W.
Washington, D.C.

RE: JAIME GALVEZ

Honorable Judge Roberts:

Greetings of Peace!

This letter is written to appeal in behalf of JAIME GALVEZ, who has pleaded guilty of perjury and concealment of documents. I know too well that the demands of justice must be met, yet equally I pray that "justice must be tempered with mercy". It is in this regard that I appeal to your sense of compassion – to see the possibility of finding an alternative whereby Jaime Galvez can be allowed to pursue positive ideals and avoid situations that led him to this present predicament. I would understand that lessons must be learned, even painfully – yet I truly believe that when a lesson is learned, a person is made better. I truly believe that a person is made better when he is allowed to journey with his family, his faith-community and the wider community of society.

Your honor: I make this appeal for compassion. JAIME GALVEZ can continue to be an asset to the society and can give greater glory to God because of his devotion to his family, his church and God. My appeal is not without basis: Mr. Jaime Galvez is a devoted husband to his wife Ofelia and a loving father to his children: Jon and Jhoana. I believe that Jaime has made every effort to be committed to the Christian ideals, that is, to be faithful to Christ and his teachings. He and his wife are deeply active in various "faith-communities" and parishes in the Los Angeles area, including reaching out to the church in the Philippines.

I thank you most sincerely for your sense of justice tempered with mercy.

In Christ Jesus,

REV. ALEX AMAYUN, STL
Associate Pastor