IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA:

V.                                                    Cr. No. 07-224-01
                                                      Judge Roberts
JAIME GALVEZ               :

### DEFENDANT'S UNOPPOSSED MOTION TO CORRECT ORDER

JAIME GALVEZ, by and through counsel, pursuant to Federal Rule of Criminal Procedure 36, respectfully submits his motion to Correct Judgment Order. The government does not object to this motion.

1. Mr. Galvez was sentenced on December 20, 2007 to 12 months and one day on two counts to run concurrently. He was granted a voluntary surrender.

2. At sentencing, counsel requested a recommendation from the Court to a minimum security facility close to his home in California. Counsel recalls the Court orally did grant this request. The Court, in its written order of January 7, 2008, did include the language of "close to his home" but not the language concerning a minimum security designation.

3. We ask the Court to correct this clerical error and Rule 36 allows the court to use its authority "at any time" to correct such error. United States v. Booker, 436 F.3d 238, 245-56 (D.C, Cir. 2006).

4. Therefore, we ask the Court to amend it judgment order to reflect its recommendation to the BOP for a minimum security facility. The closest such facility to his home is FCP Taft. Accordingly, we ask the court to include the following language: The Court recommends that the

defendant be incarcerated at the minimum level security facility closest to his home, namely FCP Taft.

    5. AUSA Walther has been contacted and has no objection.

                                  HANK WALTHER
                                  BY COUNSEL

_____/s/_____
Frank Salvato
1203 Duke Street
Alexandria, Virginia 22314
703-548-5000
Bar No. 424082

                                  Certificate

A copy of the foregoing was served to AUSA Walther, electronically on this 29th day of January, 2008.

                                  _____/s/_____
                                        Frank Salvato