UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 7 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 07-224 (RWR) |
| JAIME GALVEZ, | ) |
| Defendant. | ) |

### ORDER

At the December 20, 2007 sentencing hearing, the court granted defendant's request to be placed in a facility close to his home. However, defendant did not request, nor did the court indicate that it would recommend, that defendant be placed in a minimum security facility. Accordingly, it is hereby

ORDERED that the defendant's unopposed motion to amend the Judgment and Commitment Order be, and hereby is, DENIED.

SIGNED this 5th day of February, 2008.

_____
RICHARD W. ROBERTS
United States District Judge